Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana
### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** RAYMOND PAUL VINCENT  **Case Number:** 053L 2:00CR308-004S

**Name of Sentencing Judicial Officer:** Honorable Mary Ann Vial Lemmon

**Offense:** 18 USC 371 - Conspiracy to Commit Mail and Wire Fraud; 18 USC 1341 - Mail Fraud; 18 USC 1343- Wire Fraud

**Date of Sentence:** May 09, 2001

**Sentence:** 27 months custody of the Bureau of Prisons as to Counts 1, 2 and 3, to run concurrently. Three years supervised release as to Count 1 and a five year term of supervised release as to Counts 2 and 3 were ordered to follow. Restitution in the amount of $1,067,887.79, and a $300.00 special assessment fee were also ordered. On February 5, 2002, Your Honor deleted the requirment to pay restitution to Autopay Data Processing Services, Inc., leaving a total restitution order of $1,067,887.79.

**Special Conditions:**

1. Financial disclosure
2. Financial restriction
3. Orientation and life skills
4. Pay any restitution imposed
5. Residence at VOA/CSC for four months (added on December 13, 2002)
6. Mental Health Treatment (added on March 24, 2003)

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** November 23, 2001

**Assistant U.S. Attorney:** Carter Guice  **Defense Attorney:** Ralph Capitelli

---

### PETITIONING THE COURT

[ X ] To issue a warrant  [ ] To issue a summons

For the arrest of Raymond Paul Vincent for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Vincent was arrested by personnel of the Kenner Police Department on January 7, 2003, and charged with access device fraud and monetary instrument abuse. These charges are currently pending in 24th Judicial District Court. |
| Mandatory Condition | Vincent was arrested by personnel of the Jefferson Parish Sheriff's Office on October 8, 2004, and charged with monetary instrument abuse, theft over $500 and theft over $300. The charge of theft over $300 was accepted by the Jefferson Parish District Attorney's Office. Vincent is scheduled to appear on November 22, 2004 in Division F of the 24th Judicial District Court under docket number 047020. |
| Special Condition No. 4 | Vincent has failed to pay restitution in the amount of $600.00 per month as ordered. His current balance is $1,064,287.79. |
| Standard Condition No. 2 | Vincent has failed to submit monthly supervision reports within the first five days of each month for the months of December, 2002; January, June, July and September, 2003; February, March, June, July, August and September 2004. |

DATE OF ENTRY NOV - 9 2004

| | |
|---|---|
| Standard Condition 3 | Vincent provided false information the probation office regarding his employment in September and October, 2004. |
| Standard Condition No. 9 | Vincent had contact with convicted felon Chad Thomas in August, 2002 without permission. |
| Standard Condition No. 11 | Vincent failed to report that he was arrested on October 8, 2004 within 72 hours of the arrest as ordered. |

**CUSTODIAL STATUS :**   Raymond Vincent is not in custody at this time   .

_____
Jill M. Schneckenburger
U.S. Probation Officer
November 03, 2004

REVIEWED BY:

_____
Matthew G. Arseneaux
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

11/9/04
Date

Address of Offender:   4718 East Adams Court
New Orleans, LA 70127

**THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:**
   Original           -  Clerk's Office
   1 Copy Certified   -  U.S. Attorney
   1 Copy Certified   -  U.S. Marshal's Office
   2 Copies Certified -  U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**PROBATION OFFICE**

JILL N. BENOIT
CHIEF PROBATION OFFICER

501 MAGAZINE STREET, ROOM 505
NEW ORLEANS, LOUISIANA 70130
(504) 589-3200
Fax 504/589-3286

RECEIVED
NOV 8 2004
U S DISTRICT JUDGE
MARY ANN VIAL LEMMON

November 5, 2004

Honorable Mary Ann Vial Lemmon
United States District Judge
500 Poydras Street, Room C-406
New Orleans, Louisiana 70130

                RE:  VINCENT, Raymond P.
                    Dkt. No.: 053L 2:00CR00308-004S
                    REQUEST FOR WARRANT

Dear Judge Lemmon:

As Your Honor may recall, Vincent was sentenced on May 9, 2001, after having been convicted of a conspiracy to commit mail fraud and wire fraud (Count 1), mail fraud (Count 2) and wire fraud (Count 3). Your Honor sentenced him to 27 months custody of the Bureau of Prisons, as to each count to run concurrently. He was further ordered to serve a three year term of supervised release, as to Count 1 and five years, as to Counts 2 and 3, to run concurrently. He was also ordered to pay restitution in the amount of $1,437,293.26 and a $300.00 special assessment fee. On February 5, 2002, Your Honor amended Vincent's judgement and commitment order to delete the requirement to pay restitution to Autopay Data Processing Services, Inc. in the amount of $369,405.47, leaving a total restitution order of $1,067,887.79.

Vincent's term of supervised release commenced on November 23, 2001. It appeared that he was doing well on supervision until he was arrested by the Kenner Police Department on January 27, 2003 and charged with access device fraud and monetary instrument abuse. As a result of the investigation of these charges, on December 13, 2002, Vincent was placed in the Volunteers of America Comprehensive Sanction Center to increase monitoring. Vincent continued to commit technical violations of his supervised release by failing to report and pay restitution as ordered. He was once again arrested on October 8, 2004, by personnel of the New Orleans Police Department, and charged with monetary instrument abuse and theft over $500 and theft over $300. It appears that Vincent is not amenable to supervision and revocation is appropriate.

If Your Honor agrees with this recommendation, Probation Form 12C, Petition for Warrant for Offender Under Supervision, is attached for Your Honor's signature. It is this officer's intention to recommend halfway house placement at the initial appearance hearing.

                                          Respectfully,

                                          Jill M. Schneckenburger
                                          U. S. Probation Officer

JMS
Attachment

REVIEWED BY:                   
                 Matthew G. Arseneaux
                 Supervising U.S. Probation Officer