```
                                               U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA

                                               2004 NOV 16  PM 4:49

                                               LORETTA G. WHYTE
                                                    CLERK
```

MINUTE ENTRY
MOORE, M.J.
NOVEMBER 16, 2004        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                       CRIMINAL ACTION

VERSUS                                         NO. 00-308

RAYMOND PAUL VINCENT                           SECTION "S"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_/ DEFENDANT WITH/WITHOUT COUNSEL _____
              _X_/ ASST. U. S. ATTORNEY  CARTER GUICE _____
              _X_/ PROBATION OFFICER JILL SCHNECKENBURGER _____
              ___/ INTERPRETER, _____, SWORN (TIME: _____.M. TO _____.M.)

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
_X_/ BOND SET AT $5,000.00 unsecured 1) Report to U.S. Probation Officer; 2) Reside in a Halfway House approved by U.S.P. + 3) Telephone or computer use except to contact attorney or probation officer

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
_X_/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR _____

___/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR _____

___/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

_X_/ **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET**
     **BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

DATE OF ENTRY
NOV 17 2004

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 87