U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 16  PM 4:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

CR. NO. **00-308 S**

| UNITED STATES OF AMERICA | ) | **O R D E R** |
| | ) __X_/ | Appointing Counsel |
| VERSUS | ) __/ | Substituting Counsel For: |
| | ) | _____ |
| **RAYMOND PAUL VINCENT** | ) __/ | Ratifying Prior Service |
| | __/ | Extending Appointment for |
| | | Appeal |

CHARGE: <u>SUPERVISED RELEASE VIOLATIONS</u>
_ Felony        _ Misdemeanor

[X]

The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:
**VIRGINIA LAUGHLIN SCHLUETER, FEDERAL PUBLIC DEFENDER,**
**500 POYDRAS STREET, ROOM 318, HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

[ ] Federal Public Defender is appointed for the limited purpose of:
_____

[ ] It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is not totally indigent.

[ ] IT IS FURTHER ORDERED that the defendant pay to the Clerk, U.S. District Court, for services of counsel, the total amount of $_____
to be paid within 10 working days or by _____.

[ ] IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on <u>NOVEMBER 16, 2004</u>.

UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit-Clerk's Office (Only if defendant is ordered to pay)

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc.No._____

**DATE OF ENTRY**
NOV 1 7 2004