


U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 24 PM 1:18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NUMBER: 00-308 |
| RAYMOND VINCENT | SECTION "S" |
| | MAGISTRATE |

FILED: _____        _____
                                               DEPUTY CLERK

### JOINT MOTION, INCORPORATED MEMORANDUM AND ORDER TO SUBSTITUTE COUNSEL

COMES NOW, defendant herein, Raymond Vincent, and respectfully submits that he has retained Provino Mosca to represent him in the above captioned matter. Defendant herein was previously represented by the Federal Public Defender's Office for the Eastern District of Louisiana, through appointed attorney, Mr. John Craft. This joint motion to substitute counsel is submitted pursuant to L.R. 83.2.11 of the Uniform Local Rules for the United States District Court for the Eastern District of Louisiana.

WHEREFORE, defendant herein, Raymond Vincent, respectfully prays that this joint motion to substitute counsel be granted and that the Federal Public Defender's

DATE OF ENTRY
NOV 29 2004



Office for the Eastern District of Louisiana, through Mr. John Craft, be allowed to withdraw as trial attorney of record for defendant herein and that Provino Mosca be allowed to enroll as trial attorney of record for defendant Raymond Vincent.

Respectfully submitted,

*Provino Mosca*
PROVINO MOSCA (Bar #8473)
201 S. Galvez Street
New Orleans, Louisiana 70119
(504) 525-7556

and

*John Craft*
JOHN CRAFT (Bar #4540)
Federal Public Defender's Office
500 Poydras Street
Room 318
New Orleans, Louisiana 70130
(504) 589-7930

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this joint motion to substitute counsel has been hand delivered to the Office of the Public Defender as well as the Assistant United States Attorney handling this matter this 24th day of November, 2004.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-308 |
| RAYMOND VINCENT | SECTION "S" |
| | MAGISTRATE |

FILED: _____          _____
                                                              DEPUTY CLERK

### ORDER

Considering the joint motion to substitute counsel pursuant to L. R. 83.2.11 of the Uniform Local Rules for the Eastern District of Louisiana:

IT IS HEREBY ORDERED that John Craft be allowed to withdraw as trial attorney of record for defendant Raymond Vincent and that Provino Mosca, attorney at law, be allowed to enroll as trial attorney of record for defendant Raymond Vincent.

IT IS FURTHER ORDERED that this substitution of counsel be granted and that Provino Mosca be designated as trial attorney of record with the following address:

      Provino Mosca
      Bar Roll No. 8473
      201 S. Galvez Street
      New Orleans, LA 70119
      (504) 525-7556

New Orleans, Louisiana, this 27 day of November, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE