



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-308 |
| RAYMOND VINCENT | SECTION "S" |
| | MAGISTRATE |

FILED: _____    _____
DEPUTY CLERK

### MOTION, INCORPORATED MEMORANDUM AND ORDER TO CONTINUE RULE TO REVOKE SUPERVISED RELEASE

COMES NOW, defendant herein, Raymond Vincent, through undersigned counsel, and respectfully requests that his rule to revoke supervised release presently set for December 1, 2004 at 2:00 p.m. be continued for the following reasons:

Defendant herein has just recently retained an attorney, namely, Provino Mosca, to represent him in connection with this rule to revoke supervised release.

Defendant herein is presently incarcerated at the Volunteers of America Halfway House under 24-hour lockdown as part of his bond condition.

PROVINO MOSCA
201 S. GALVEZ ST.
NEW ORLEANS,
LOUISIANA 70119
525-7556

DATE OF ENTRY
NOV 2 9 2004

Undersigned counsel needs additional time in order to research, investigate and prepare for the rule to revoke supervised release presently set for December 1, 2004.

WHEREFORE, defendant herein, through undersigned counsel, respectfully prays that the rule to revoke supervised release presently set for December 1, 2004 be continued to another date.

Respectfully submitted,

*[signature]*

PROVINO MOSCA (Bar #8473)
201 S. Galvez Street
New Orleans, Louisiana 70119
(504) 525-7556
Trial Attorney for Raymond Vincent

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion to continue has been hand delivered to the Assistant United States Attorney handling this matter this 24th day of _November_, 2004.

_____
PROVINO MOSCA

PROVINO MOSCA
201 S. GALVEZ ST.
NEW ORLEANS,
LOUISIANA 70119
525-7556

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-308 |
| RAYMOND VINCENT | SECTION "S" |
| | MAGISTRATE |

FILED: _____       _____
                                                    DEPUTY CLERK

### ORDER

Considering the motion to continue the rule to revoke supervised release:

IT IS HEREBY ORDERED that the hearing presently set for December 1, 2004 at 2:00 p.m. concerning defendant Raymond Vincent's rule to revoke supervised release be and it is hereby continued until the 12th day of January, 2005 at 2:00 o'clock.

New Orleans, Louisiana this 29 day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE

PROVINO MOSCA
201 S. GALVEZ ST.
NEW ORLEANS,
LOUISIANA 70119
525-7556