Prob12B (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Request for Modifying the Conditions Or Terms of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

RECEIVED DEC 7 2004
U. S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

FILED 2004 DEC -7 PM 4:00
LORETTA G. WHYTE CLERK

**Name of Offender:** RAYMOND PAUL VINCENT    **Case Number:** 053L 2:00CR308-004S

**Name of Sentencing Judicial Officer:** Honorable Mary Ann Vial Lemmon

**Offense:** 18 USC 371 - Conspiracy to Commit Mail and Wire Fraud; 18 USC 1341 - Mail Fraud; 18 USC 1343 - Wire Fraud

**Date of Sentence:** May 09, 2001

**Sentence:** 27 months custody of the Bureau of Prisons as to Counts 1, 2 and 3, to run concurrently. Three years supervised release as to Count 1 and a five year term of supervised release as to Counts 2 and 3 were ordered to follow. Restitution in the amount of $1,067,887.79, and a $300.00 special assessment fee were also ordered. On February 5, 2002, Your Honor deleted the requirment to pay restitution to Autopay Data Processing Services, Inc., leaving a total restitution order of $1,067,887.79.

**Special Conditions:**

1. Financial disclosure
2. Financial restriction
3. Orientation and life skills
4. Pay any restitution imposed
5. Residence at VOA/CSC for four months (added on December 13, 2002)
6. Mental Health Treatment (added on March 24, 2003)

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** November 23, 2001

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.

[X]  To modify the conditions of supervision as follows:

**COMMUNITY CONFINEMENT:** The defendant shall reside in the local halfway house until January 12, 2005 or until discharged by the directer of that facility with the concurrence of the probation officer and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation officer.

**REASON FOR MODIFICATION:**

Vincent is in the Volunteers of America as a condition of bond. This placement is currently being paid for by the United States Pretrial Office. Due to budgetary reasons they can no longer pay for the placement. The recommended modification of this condition will enable the United States Pretrial Office to discontinue paying the bill.

Vincent and his attorney have read and signed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, indicating no objection to the special condition of halfway house placement.

**DATE OF ENTRY**
DEC 0 8 2004

Fee
Process
X Dktd
__ CtRmDep
__ Doc. No. 93

Jill M. Schneckenburger
U.S. Probation Officer
December 06, 2004

REVIEWED BY:

Matthew G. Arseneaux /SHW
Matthew G. Arseneaux
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  Submit a Request for Warrant or Summons
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

12/7/04
Date

**DISTRIBUTION:**
Original            -  Clerk's Office
1 Copy Certified    -  U.S. Attorney
1 Copy Certified    -  Defense Counsel
2 Copies Certified  -  U.S. Probation



PROB 49

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC 7 PM 4:00
LORETTA G. WHYTE
CLERK

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**COMMUNITY CONFINEMENT:** The defendant shall reside in the local halfway house until January 12, 2005 or until discharged by the directer of that facility with the concurrence of the probation officer and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation officer.

Witness: _____  Signed: _____
Jill Schneckenburger              Raymond Vincent
U.S. Probation Officer            Probationer or
                                  Supervised Releasee

                                  12/03/04
                                  _____
                                  DATE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc No