

MINUTE ENTRY
VIAL LEMMON, J.
JANUARY 12, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-308 |
| RAYMOND PAUL VINCENT | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, JANUARY 12, 2005 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Bonnie Hebert

APPEARANCES:     Carter Guice for Government
                 Provino Mosca for the defendant

**RULE TO REVOKE SUPERVISED RELEASE**

The defendant was present with his counsel.

The matter was continued to March 9, 2005 at 2:00 p.m.

The defendant was released under his present bond with the modification that he continue to reside in the halfway house pending his next hearing date with this court. The court will allow the defendant to seek employment only with the strict supervision of the United States Probation Office.

DATE OF ENTRY
JAN 1 3 2005

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No