

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-0308 |
| RAYMOND PAUL VINCENT | SECTION: "S" |

### ORDER

**IT IS HEREBY ORDERED** that the hearing on the Rule to Revoke Supervised Release is **CONTINUED** from March 9, 2005 at 2:00 p.m. to March _30_, 2005 at _2:00 p.m._

**IT IS FURTHER ORDERED** that the defendant is released under his present bond with the modification that he continue to reside in the halfway house pending his next hearing date with this court. The court will allow the defendant to be employed under the strict supervision of the United States Probation Officer.

New Orleans, Louisiana, this _28_ day of February, 2005.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___