FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 23  AM 8: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-308 |
| RAYMOND VINCENT | SECTION "S" |
| | MAGISTRATE |

FILED: _____     _____
                                                              DEPUTY CLERK

## MOTION, INCORPORATED MEMORANDUM AND ORDER TO ALLOW SELF-SURRENDER

COMES NOW, defendant herein, Raymond Vincent, through undersigned counsel, and respectfully requests that he be allowed to self-surrender to the facility designated by the Bureau of Prisons for any violation of his Supervised Release.

Raymond Vincent has presently been housed in the Volunteers of America Comprehensive Sanction Center as a condition of his present Bond obligations. Mr. Vincent has been allowed to work while in the Halfway House.

Should this Honorable Court decide that revocation into the Bureau of Prisons is necessary in this case, then, it is respectfully requested that Mr. Vincent be allowed to self-surrender to his designated institution by the Bureau of Prisons.

PROVINO MOSCA
201 S. GALVEZ ST.
NEW ORLEANS,
LOUISIANA 70119
525-7556

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No ___

Mr. Vincent understands that should this Honorable Court allow him to self-surrender, it would be from the Halfway House to his designated institution.

The Assistant United States Attorney, Mr. Carter Guice, Jr., has <u>NO OPPOSITION</u> to this request for self-surrender.

WHEREFORE, defendant herein, Raymond Vincent, respectfully prays that this motion to self-surrender be granted.

Respectfully submitted,

*[signature: Provino Mosca]*

PROVINO MOSCA (Bar #8473)
201 S. Galvez Street
New Orleans, Louisiana 70119
(504) 525-7556
Trial Attorney for Raymond Vincent

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been hand delivered to the Assistant United States Attorney, Mr. Carter Guice, at the Hale Boggs Federal Building this 22nd day of March, 2005.

_____
PROVINO MOSCA

PROVINO MOSCA
201 S. GALVEZ ST.
NEW ORLEANS,
LOUISIANA 70119
525-7556