FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 31  AM 8: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-308 |
| RAYMOND VINCENT | SECTION "S" |
| | MAGISTRATE |

FILED: _____    _____
                                            DEPUTY CLERK

### ORDER

Considering defendant Vincent's motion for self-surrender:

IT IS HEREBY ORDERED that Raymond Vincent, defendant herein, be allowed to self-surrender to his designated institution on or before the 11th day of May, 2005 at before 12:00 p.m.

The Office of the United States Attorney for the Eastern District of Louisiana has No Opposition to defendant Vincent's request for self-surrender.

New Orleans, Louisiana this 30 day of March, 2005.

___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___

_____
UNITED STATES DISTRICT COURT JUDGE

PROVINO MOSCA
201 S. GALVEZ ST.
NEW ORLEANS,
LOUISIANA 70119
525-7556

_____         _____
Attorney                          Defendant