MINUTE ENTRY
VIAL LEMMON, J.
MARCH 30, 2005

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-308 |
| RAYMOND PAUL VINCENT | SECTION "S" |

            JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, MARCH 9, 2005 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cynthia Crawford


APPEARANCES:    Carter Guice for Government
                Provino Mosca for the defendant


**RULE TO REVOKE SUPERVISED RELEASE**

The defendant was present with his counsel. The defendant stipulated to the allegations contained in the rule to revoke.

The court found that the defendant violated the terms of his supervised release and accordingly revoked the supervised release imposed on May 9, 2001.

Judgment shall be entered.


JS-10: 0:13

_ Fee_____
_ Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No._____